## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ELAINE M. HEIBEL  
Et al        *       CASE # 1:16-CV-02774- GLR

       *

   *Plaintiffs*

v.        *

FOREST RIVER, INC.  
Et Al        *

   *Defendants*

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS CHESACO MOTORS INC. AND BRANCH BANKING AND TRUST COMPANY ONLY

Plaintiffs, Elaine M. Heibel and Charles W. Heibel, by and through their attorneys, Jane Santoni and Santoni, Vocci & Ortega, LLC, and pursuant to FRCP 41(a)(1)(A), file this Notice of Dismissal without prejudice against Defendants Chesaco Motors, Inc. and Branch Banking and Trust Company. Neither of these parties has served an Answer or a Motion for Summary Judgment.

This Notice of Dismissal *does not apply* to defendant Forest River, Inc., which remains a defendant in the case.

_/s/Jane Santoni_____  
Jane Santoni, Attorney for Plaintiffs  
Federal Bar #05303  
Santoni, Vocci & Ortega, LLC  
401 Washington Avenue, Suite 200  
Towson, Maryland 21204  
(443) 921-8161 x 404  
jsantoni@svolaw.com

APPROVED THIS 15 DAY OF Sept. 20 16

GEORGE L. RUSSELL, III, U.S.D.J.